UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-23506-CV-MIDDLEBROOKS

JOSE ANTONIO MARTINEZ MARINO,

    Petitioner,

v.

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT,

    Respondent.
_____/

## ORDER TRANSFERRING CASE

**THIS CAUSE** is before the Court on *pro se* petition for writ of habeas corpus brought pursuant to 28 U.S.C. § 2241 ("Petition") by Petitioner Jose Antonio Martinez Marino ("Petitioner"), claiming constitutional violations arising from his continued detention by immigration officials "beyond the removal period authorized by statute." (DE 1 at 5). As relief, Petitioner requests that he be immediately released from immigration custody. (*Id.* at 6).

An action brought pursuant to 28 U.S.C. § 2241 is the proper vehicle to challenge the calculation and execution of a sentence. *Antonelli v. Warden, U.S.P., Atlanta,* 542 F.3d 1348, 1352 (11th Cir. 2008) (citation omitted); *Bishop v. Reno*, 210 F.3d 1295, 1304 n.14 (11th Cir. 2000). Under 28 U.S.C. § 2241, "[D]istrict courts are limited to granting habeas relief 'within their respective jurisdictions.'" *Rumsfeld v. Padilla,* 542 U.S. 426, 442 (2004) (quoting 28 U.S.C. § 2241(a)). Thus, "for core habeas petitions challenging present physical confinement, jurisdiction lies in only one district: the district of confinement." *Id.* at 443.

Petitioner is currently confined at the Baker County Detention Center, located in

MacClenny, Florida, which is within the jurisdiction of the United States District Court for the Middle District of Florida.  *See* 28 U.S.C. § 89(b).  The Middle District of Florida is Petitioner's present district of confinement; therefore, this Court lacks jurisdiction to hear this case.  Accordingly, upon review of the Petition and relevant authorities, it is

**ORDERED** that this matter be **TRANSFERRED** to the United States District Court for the Middle District of Florida, and the Clerk of Court shall **CLOSE** this case.

**SIGNED** in Chambers at West Palm Beach, Florida on this 6th day of August, 2025.

Donald M. Middlebrooks
United States District Judge

**Copies furnished to:**

**Jose Antonio Martinez Marino,** *Pro Se*
Alien No. A-098983708
Baker County Detention Center
Inmate Mail/Parcels
P.O. Box 16290
MacClenny, FL 32063

**United States Attorney**
Noticing 2241/Bivens US Attorney
Email: usafls-2255@usdoj.gov

**United States Attorney**
Noticing INS Attorney
Email: usafls-immigration@usdoj.gov